**Order entered December 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00864-CV**

**IN RE NEORA, LLC, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07296**

**ORDER**
Before Justices Myers, Molberg, and Evans

Before the Court is relator's September 30, 2020 petition for writ of mandamus in which relator challenges the trial court's order denying the motion to enforce the third-party arbitration subpoena. The Court requests that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **January 18, 2021**.

/s/ LANA MYERS
JUSTICE